

FILED

JUL - 6 2017

PATRICK KEANEY
Clerk, U.S. District Court

By_____
In Deputy Clerk

General Order No. 17-3

**In Re: Application for Exemption from the Electronic Public Access Fees by Matthew Reid Krell**

This matter is before the Court upon the application and request by Matthew Reid Krell for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that Matthew Reid Krell as a Ph.D. candidate in the Department of Political Science at the University of Alabama falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Additionally, Matthew Reid Krell has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information. Accordingly, Matthew Reid Krell shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in the United States District Court for the Eastern District of Oklahoma, to the extent such use is incurred in the course of Matthew Reid Krell's dissertation research project entitled "Litigants and Law: Determinants of Litigation Outcomes." Matthew Reid Krell shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

1. This fee exemption applies only to Matthew Reid Krell and is valid only for the purposes stated above;

2. This fee exemption applies only to the electronic case files of this court that are available through the PACER system;

3. By accepting this exemption, Matthew Reid Krell agrees not to sell for profit any data obtained as a result of receiving this exemption;

4. Matthew Reid Krell is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet based databases; and

5. This exemption is valid until February 1, 2018.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

Dated this 6th day of July, 2017.

_Ronald A. White_
**Ronald A. White**
**Chief Judge**
**United States District Court**
**Eastern District of Oklahoma**